1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  CHARLES J. BUSHNELL,              )   NO. CV 11-04311-MMM(E)
                                      )
12          Plaintiff,                )
                                      )
13     v.                             )   ORDER ADOPTING FINDINGS,
                                      )
14  L.B.P. DEPT.,                     )   CONCLUSIONS AND RECOMMENDATIONS
                                      )
15          Defendant.                )   OF UNITED STATES MAGISTRATE JUDGE
                                      )
16  _____)

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed all of
19 the records herein and the attached Report and Recommendation of
20 United States Magistrate Judge.  The Court approves and adopts the
21 Magistrate Judge's Report and Recommendation.
22
23      IT IS ORDERED that Judgment shall be entered dismissing the
24 action without prejudice.
25 ///
26 ///
27 ///
28 ///

```
 1        IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
 2   this Order and the Judgment of this date on Plaintiff.
 3
 4        DATED: September 30, 2011
```

                                                                _____
                                                                       MARGARET M. MORROW
                                                     UNITED STATES DISTRICT JUDGE