JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES J. BUSHNELL, | ) | NO. CV 11-04311-MMM(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| L.B.P. DEPT., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 30, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE